United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rapid Dry, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  IRock Plumbing** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-0440147** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **428 Zimmerman Street** <br> **North Tonawanda, NY 14120** <br> Number, Street, City, State & ZIP Code <br><br> **Niagara** <br> County | **Mailing address, if different from principal place of business** <br><br> **P.O. Box 346** <br> **Gasport, NY 14067** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **rapiddryservices.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Rapid Dry, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5617__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Rapid Dry, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Rapid Dry, Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Rapid Dry, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 6, 2025**
MM / DD / YYYY

**X /s/ Troy G. Hess**  **Troy G. Hess**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Arthur G. Baumeister, Jr.**   Date **January 6, 2025**
Signature of attorney for debtor    MM / DD / YYYY

**Arthur G. Baumeister, Jr.**
Printed name

**Baumeister Denz LLP**
Firm name

**174 Franklin Street, Suite 2**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone **(716) 852-1300**   Email address **abaumeister@bdlegal.net**

Bar number and State

| Debtor name | Rapid Dry, Inc. |
|---|---|
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accelerate Marketing 4100 Southwest 42nd Ave. Palm City, FL 34990 | | advertising | | | | $2,400.00 |
| American Express P.O. Box 981535 El Paso, TX 79998-1535 | | credit card | Disputed | | | $3,000.00 |
| Aramsco 1665 Lyell Avenue Rochester, NY 14606 | | vendor | | | | $4,032.26 |
| Bank of America P.O. Box 660441 Dallas, TX 75266 | | credit card | Disputed | | | $76,000.00 |
| Bonadio & Co., LLP 171 Sully's Trl. Pittsford, NY 14534 | | accounting fees | | | | $21,790.00 |
| Entercom Rochester P.O. Box 74090 Cleveland, OH 44194 | | advertising | Disputed | | | $47,000.00 |
| Ferguson Enterprises P.O. Box 417592 Boston, MA 02241 | | vendor | | | | $11,000.00 |
| Friendly Neighborhood Bookkeeping LLC 9 East Street Honeoye Falls, NY 14472 | | services | | | | $4,198.10 |
| Fuelman P.O. Box 70887 Charlotte, NC 28272 | | vendor | | | | $5,763.67 |

| Debtor | **Rapid Dry, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lamar Companies** P.O. Box 96030 Baton Rouge, LA 70896 | | advertising | | | | $12,500.00 |
| **Lippes, Mathias LLP** 50 Fountain Plaza Suite 1700 Buffalo, NY 14202 | | legal fees | | | | $24,892.79 |
| **Lozier Environmental** 2011 East Main Street Rochester, NY 14609 | | services | | | | $2,518.00 |
| **Michigan Millers Lawley LLC** 361 Delaware Avenue Buffalo, NY 14202 | | Insurance | | | | $10,020.20 |
| **Nexstar Network** 101 5th Street East Suite 2100 Saint Paul, MN 55101 | | advertising | | | | $2,500.00 |
| **Rochester Americans** 1 War Memorial Square Rochester, NY 14614 | | advertising | | | | $7,200.00 |
| **Service Titan** 301 N. Brand Boulevard Suite 700 Glendale, CA 91203 | | Vendor | | | | $4,290.16 |
| **Spectrum Reach** 1001 Morehead Square Drive Suite 500 Charlotte, NC 28203 | | advertising | | | | $20,000.00 |
| **Stohl Environmental LLC** 3860 California Road Orchard Park, NY 14127 | | services | | | | $24,969.23 |
| **Wizard of Ads, Inc.** 16221 Crystal Hills Austin, TX 78737 | | advertising | | | | $7,000.00 |

| Debtor | **Rapid Dry, Inc.** | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wolverine Brass<br>P.O. Box 88751<br>Milwaukee, WI 53288** | | **vendor** | | | | $3,200.00 |

Accelerate Marketing
4100 Southwest 42nd Ave.
Palm City, FL 34990


Alfred McGrigg
17 Antwerp Street
Buffalo, NY 14211


Alfred McGrigg
c/o Joseph A. Todoro, Esq.
Verrastro & Todoro, LLP
2 Symphony Circle
Buffalo, NY 14201


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Aramsco
1665 Lyell Avenue
Rochester, NY 14606


Baker, Bloomberg & Associates, LLC
15995 N. Barkers Landing Road
Suite 100
Houston, TX 77079


Bank of America
P.O. Box 660441
Dallas, TX 75266


Bflo Transportation, Inc. / C. Tutko
c/o Sarah Hansen, Esq.
605 Brisban Building
404 Main Street
Buffalo, NY 14203


Bonadio & Co., LLP
171 Sully's Trl.
Pittsford, NY 14534


Bonadio & Co., LLP
c/o Joseph M. Shur, Esq.
Relin, Goldstein & Crane, LLP
28 East Main St., Ste. 1800
Rochester, NY 14614

Canandaigua National Bank
72 South Main Street
Canandaigua, NY 14424


Canandaigua National Bank
c/o David M. Tang, Esq.
Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604


Entercom Rochester
P.O. Box 74090
Cleveland, OH 44194


Ferguson Enterprises
P.O. Box 417592
Boston, MA 02241


Friendly Neighborhood Bookkeeping LLC
9 East Street
Honeoye Falls, NY 14472


Fuelman
P.O. Box 70887
Charlotte, NC 28272


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kelly J. Coffman
73 Deer Track Lane
Brockport, NY 14420


Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896


Lamar Companies
P.O. Box 10756
55 Rockwood Street
Rochester, NY 14610

Lippes, Mathias LLP
50 Fountain Plaza
Suite 1700
Buffalo, NY 14202


Lozier Environmental
2011 East Main Street
Rochester, NY 14609


Michigan Millers Insurance
c/o Jordan Kennedy
Brennan & Clark LLC
721 E. Madison St., Ste. 200
Villa Park, IL 60181


Michigan Millers Lawley LLC
361 Delaware Avenue
Buffalo, NY 14202


New York State Dept of Tax
Bankruptcy Unit
POB 5300
Albany, NY 12205-0300


Nexstar Network
101 5th Street East
Suite 2100
Saint Paul, MN 55101


Rapid Dry, Inc.
c/o Heather L. Jermak, Esq.
Law Offides of Kristen Balbick Degmam
42 De;laware Ave. Suite 700
Buffalo, NY 14202


Rochester Americans
1 War Memorial Square
Rochester, NY 14614


Service Titan
301 N. Brand Boulevard
Suite 700
Glendale, CA 91203

Service Titan
c/o C2C Resources
1455 Lincoln Parkway
Suite 550
Atlanta, GA 30346


Small Business Adminstration - EIDL
2 North Street, Suite 320
Birmingham, AL 35203


Spectrum Business
4145 S. Falkenburg Road
Riverview, FL 33578


Spectrum Reach
1001 Morehead Square Drive
Suite 500
Charlotte, NC 28203


Stohl Environmental
c/o Nolan M. Hale, Esq.
424 Main Street
1600 Liberty Building
Buffalo, NY 14202


Stohl Environmental LLC
3860 California Road
Orchard Park, NY 14127


Target Pest Control
6029 E. Henrietta Road
Rush, NY 14543


United Rentals, Inc.
P.O. Box 100711
Atlanta, GA 30384


Wizard of Ads, Inc.
16221 Crystal Hills
Austin, TX 78737


Wolverine Brass
P.O. Box 88751
Milwaukee, WI 53288

In re  **Rapid Dry, Inc.**                                             Case No.
                               Debtor(s)                               Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Rapid Dry, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 6, 2025** | **/s/ Arthur G. Baumeister, Jr.** |
| Date | **Arthur G. Baumeister, Jr.** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Rapid Dry, Inc.** |
| | **Baumeister Denz LLP** |
| | **174 Franklin Street, Suite 2** |
| | **Buffalo, NY 14202** |
| | **(716) 852-1300 Fax:(716) 852-1344** |
| | **abaumeister@bdlegal.net** |